# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| SCOTT BUSH, | Case No.: 2:11-cv-1082 |
| Plaintiff, | |
| | JUDGE: Hon. Edmund A Sargus |
| v. | |
| ELECTRONIC PAYMENT SOLUTIONS, LLC, et al. | **JUDGMENT ENTRY** |
| Defendants. | |

\* \* \*

Defendants having offered judgment and Plaintiff having accepted, judgment is hereby entered in favor of Plaintiff and against Defendants jointly and severally in the amount of $2,000.00, pursuant to Fed. R. Civ. Proc. 68, with Defendants to pay any and all court costs.

IT IS SO ORDERED.

12-30-2011

Edmund A Sargus
United States District Judge